UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

EMANUEL DELACRUZ, *on behalf of himself and all other persons similarly situated*,

      Plaintiff,

 -against-

EPION BRANDS LLC,

      Defendant.

------------------------------------- x

ORDER

20 Civ. 8394 (GBD) (DCF)

GEORGE B. DANIELS, District Judge:

The February 16, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Freeman for General Pretrial and Dispositive Motions.

Dated: February 10, 2021
   New York, New York

             SO ORDERED.

             *George B. Daniels*
             GEORGE B. DANIELS
             UNITED STATES DISTRICT JUDGE